RECEIVED
SDNY PRO SE OFFICE
2019 SEP -4 PM 2:43

9/4/2019

United States Southern District Court
State of New York

Boisey Caldwell

Against

New York city department of law
And in his official Capacity:
Officer Geronimo German shield no. 11218 POM
Defendant's

Case N.19-cv-_____

**19 CV 8253**

used excessive force unnecessarily

Please take notice that I have been assaulted by Officer Geronimo German for no apparent reason you will see that I have been fishing in Morningside Park since I was in High School because I was born in the Old Lincoln Hospital here in the City of New York and you will see that I am not the aggressor, nor did I do anything contrary to my duty it is my duty to stop this physical aggression against this body.

Please take farther notice that I am the Spirit that lives inside this body and that what officer (Geronimo German) he is supposed to be of a sound mind being an officer of the law "serving and protecting" Officer Geronimo German was armed for war and I was only fishing so in the end we see that Geronimo German knew what he was doing, I however was only fishing before being assaulted by Officer Geronimo German.

1. That because of action made by Geronimo German who is under the command of New York City Department of Law and that the department of law has a continued effect against the hue man male and I am a hue man male who has fished in Morningside Park probably since before he was born.

2. I have a natural right as a citizen of this Universe first and foremost to go in accordance with the laws of nature and Officer Geronimo German shield no. 11218 POM Tag 943293 of the 26 command used excessive force unnecessarily and I think that he was showing off, and that is because he tackled me with his heavy weight and it was done with a knowing and intention to harm me there he was just using physical force that he jumped upon my back in this way he forced my chin into the ground for which I was given stitches because when I got up I was in hand cuffs and I said: "is my chin bleeding?" because It felt like I had been cut and even now I can't really tell because it is in the hairs of my chin and one day the stitches will come out and that trauma that has been imposed upon me will linger, because I was following natures law.

3. That this Officer works in the City of New York, for the department of Law and Geronimo German shield no. 11218 POM Tag 943293 of the 26th command used excessive force unnecessarily. He dealt with me only on the physical level from the moment that he drove up he had to assess his strategy and it was only a showing of physical might.

4. That I am not the physical being for he was away somewhere inside his own mind where according to the department of Law and acting under the Color of law in accordance with their training and their instruction he perceived this hue man body and that he got physical with this hue man body while I am the Spirit living within!

5. That Because Geronimo German shield no. 11218 works for the department of law then apparently the department of law has instructed him to do so actually the department of law has had multiple law suits filed against them since Commissions Ray Kelly and Bill Bratton was in command please see 10cv4224 and 17cv7808 and many other class matter that have been file against New York City Department of Law.

That both the Department of law and its employee should be ordered to pay for causing me to have these stitches and for cuffing me when he had no warrant and essentially no purpose under the color of law, which he does act under the color of law being employed by the department of law.

That officer Geronimo be order to pay in his official capacity $1,000,000.00 just because he is physical and his acts are unlawful.

That the City of New York Department of Law is responsible because they hired officer Geronimo and I think that he needs a psychiatric evaluation because either the department knows the propensity of its officers or they are creating such a propensity as the one that officer Geronimo has shown to us and that is the gist of the situation with the hue man and the Department of law because it did not start yesterday, no instead stuff like this has been on going and the department of law should be order to pay $100,000,000.00 for the harsh use of authority that for years now have gone unchecked.

Thank you very much for time and attention to this matter and I am seeking equal protection of the law and equal protection under the law and that the Department of law and its officer Geronimo have acted under the color of law.

Respectfully submitted

Boisey Caldwell – Pro se:

Cc:
    officer Geronimo
    26-command
    124th Street Old Broadway
    New York, NY 10025

    Department of Law
    100 Church Street
    New York, NY 10007

Please see enclosed response to summons issued to me by Officer Geronimo

9/3/2019

To:     NYC Criminal Court
        100 Centre Street
        New York, NY 10007

From:   Boisey Caldwell
        25 Elliot Place
        Bronx, NY 10452

Re:     DAT Serial No. 026-00082          Arrest ID M19639459

Appearance Date 10/30/2019

Sir/Madam:

Please Take Notice that enclosed herein below is my hospital band for the stitches that I have in my chin as the result of me minding my own business even though there is a flux of people who are currently moving into Harlem as a result of the culture thief that is hidden behind the fact that I have been fishing in this pond since I was 15 years old and now I am 55 and yesterday I went fishing in Morningside park just as I've always have since we moved to Harlem back in 1978 and my address was 357 West 115th Street, New York, NY 10025 or something like that so long ago and:

- I went to Benjamin Franklin High School that was on the East side by Johnson Projects and the Park where Benjamin Franklin is in the image of the great inventor of the postal Service and he discovered Electricity (then I grew up and I found that that half is false and it is this half that is true that Djehuty has been here always and it is he who built the Great Pyramid and he used electricity and supplied it to Khemet for Thousands of year before ben franklin, greece or rome or any of the others like china, Asia, India and all the other culture thieves like muhammad and his followers, they actually sold us to those who stole the land of America, before back when the people of Europe left King James before then that was before America ever was and still the lie is told to children of America that Ben Franklin did it when [it was really one of us – we are hue man] and this truth shall remain that we taught the forefathers of America how to build a Civilization in fact we built it for them and in return all that we have been subjected to is this half-false identity against us being used against us and still until this day they are all guilty because there is one truth that shall remain it is this that they stole our culture ) and even that is still on display till this very day upon 116th Street and Morningside Drive south bound Park side and it hidden in plain sight.



CALDWELL, BOISEY
MSMRN - 3495676
Visit - 530236024
DOB: 3/28/1964
Admit Date: 9/2/2019
Sex: M
Age: 55
WB

That since I was 15 years old living at 357 West 115th Street and going to Benjamin Franklin High School over on Paladino Avenue by the Park where the Statue is make believe it is believed to be true although it is untrue in fact and still right now it is right there it is on display. And that is a shame!!!

1. That since I was 15 years old living at 357 West 115th Street and going to Benjamin Franklin High School over on Paladino Avenue I have fished in this pond and those one's in Central Park, these are all things that my ancestors created and were discredited for, like America its self.

2. I have a natural right as a citizen of this Universe first and foremost to go in accordance with the laws of nature and Officer Geronimo German shield no. 11218 POM Tag 943293 of the 26 command used excessive force unnecessarily and I think that he was showing off, and that is because he tackled me with his heavy weight and it was done with a knowing and intentionally using force that he forced my chin into the ground for which I was given three to four I can't really tell because it is in the hairs of my chin. The hospital report is attached hereto...

3. That enclosed herein above we find is my hospital band for the stitches that I have in my chin as the result of me minding my own business even though there is a flux of people who are currently moving into Harlem as a result of the culture thief that is hidden behind the fact that I have been fishing in this pond since I was 15 years old and now I am 55 and yesterday I went fishing in Morningside park just as I've always have since we moved to Harlem back in 1978 and my address was 357 West 115th Street and I was subjected to the unnecessary use of force. And:

4. My knee is swollen and I neve told the doctor about it because I wanted those stitches and I wanted to go home. So, I never said nothing about my swollen knee I had an ACL Reconstruction back in 1995 and I think that it has been disturbed by that officer jumping on my back and slamming my chin to the ground, my knees hit the ground too.

5. That the matter herein should be dismissed, for there are no legal grounds for my injuries.

Thank you very much for your time and attention to this matter, and I move for dismissal, because Officer Geronimo German shield no. 11218 POM Tag 943293 of the 26-command used excessive force unnecessarily and I think that he was showing off. That will be all. Thank you very much for your time and attention to this matter

Respectfully submitted

*[signature]*

Boisey Caldwell Pro-se:

cc: 1 Hogan Pl, New York, NY 10013