UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

               Plaintiff,

-v.-

OFFICER GERONIMO GERMAN, *Shield No. 11218 POM*,

               Defendant.

19 Civ. 8253 (KPF)

ORDER

KATHERINE POLK FAILLA, United States District Judge:

    Plaintiff filed the complaint in this action on September 4, 2019. (Dkt. #1). On February 13, 2020, the Court ordered the parties to appear for an initial pretrial conference in this case on **March 25, 2020, at 12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. (Dkt. #16). Since the filing of his complaint, Plaintiff has filed several documents on the docket. (*See, e.g.*, Dkt. #14, 15, 18, 19, 20, 21, 22, 23, 24, 25). The Court does not need further documents from Plaintiff in advance of the conference. Accordingly, Plaintiff is hereby ORDERED to refrain from filing further documents on the docket until the initial pretrial conference.

    The Clerk of Court is hereby ordered to terminate the motion at docket entry 14.

    SO ORDERED.

Dated:   March 9, 2020
          New York, New York

KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Boisey Caldwell
25 Elliot Place
Bronx, NY 10452