UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| BOISEY CALDWELL, | |
|---|---|
| Plaintiff, | |
| -v.- | 19 Civ. 8253 (KPF) |
| OFFICER GERONIMO GERMAN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The initial pretrial conference scheduled for **March 25, 2020, at 12:00 p.m.** will hereby be held telephonically. The dial-in information is as follows: At 12:00 p.m. on March 25, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 12:00 p.m.

Counsel for Defendant is hereby respectfully requested to convey the information contained in this order to Plaintiff.

SO ORDERED.

Dated: March 19, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge

*Sent by Chambers to:*
Boisey Caldwell
25 Elliot Place
Bronx, NY 10452