UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| BOISEY CALDWELL, | |
|---|---|
| Plaintiff, | 19 Civ. 8253 (KPF) |
| -v.- | **ORDER** |
| OFFICER GERMAN GERONIMO, | |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On November 13, 2019, the Court ordered the U.S. Marshals Service (the "USMS") to effect service on defendant Officer German Geronimo. (Dkt. #5). On January 3, 2020, the "Process Receipt and Return" for the USMS was filed on the docket in this case. (Dkt. #8). The document indicates that Officer Geronimo received service on December 6, 2019. (*See id.*).

The docket text entry, entered by the Clerk of Court, states that Officer Geronimo's answer was due February 4, 2020. (*See* text entry at Dkt. #8). Officer Geronimo filed his answer on February 5, 2020. (Dkt. #13). To the extent that Officer Geronimo's answer was filed a day late, the Court believes that such lateness was due to administrative error and accepts the filing as timely *nunc pro tunc*.

Further, the Clerk of Court is directed to amend the case caption in accordance with the above.

SO ORDERED.

Dated: March 27, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*
Boisey Caldwell
25 Elliot Place
Bronx, NY 10452