UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

               Plaintiff,

     -v.-

OFFICER GERMAN GERONIMO,

               Defendant.

19 Civ. 8253 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court held an initial pretrial conference in this case on March 25, 2020. (*See* Minute Entry for 3/26/2020). That same day, the Court entered a case management plan and scheduling order on the docket. (Dkt. #32). Since then, the Court has received several documents from Plaintiff, styled as a motion for summary judgment (Dkt. #34), a motion for a more definite statement (Dkt. #35), and a letter which Plaintiff requests a response from the NYC Department of Law (Dkt. #36).

Officer German Geronimo, the only defendant in this lawsuit has already filed an answer to the complaint. (*See* Dkt. #13). The parties are now in discovery. The Court explained to Plaintiff, at the pretrial conference, the meaning of discovery and that he is required to participate in discovery. The Court does not need further filings from Plaintiff, making allegations against Officer Geronimo and the NYC Department of Law until discovery in this matter is complete. Plaintiff is hereby ORDERED to stop filing letters and motions on the docket unless they pertain to an issue arising during the discovery phase of this case.

SO ORDERED.

Dated: May 18, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Boisey Caldwell
25 Elliot Place
Bronx, NY 10452
```