UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOISEY CALDWELL,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>OFFICER GERMAN GERONIMO,<br><br>                              Defendant. | 19 Civ. 8253 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 30, 2020, the Court issued an Order denying Plaintiff's motion for leave to amend to his complaint; denying reconsideration of the Court's October 15, 2020 Order denying Plaintiff's motion to compel production of the City of New York's use of force records; and granting an extension of the deadline for close of discovery through January 19, 2021. (Dkt. #96). In light of that upcoming deadline, the parties are hereby ORDERED to submit separate letters regarding the status of this matter and their proposals for next steps, addressing in particular whether they anticipate seeking dispositive motion practice, additional expert discovery, or alternative dispute resolution. The letters shall be filed on or before **February 1, 2021**. The Court contemplates that the next pretrial conference will occur following receipt of the letters from the parties.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated:  January 12, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge