UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOISEY CALDWELL,<br><br>                           Plaintiff,<br><br>                -v.-<br><br>OFFICER GERMAN GERONIMO,<br><br>                           Defendant. | 19 Civ. 8253 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of status letters filed by the parties on February 1, 2021. (Dkt. #111, 112). The Court will forgo the pre-motion conference and set the briefing schedule as follows:

- The Court treats Plaintiff's motion for summary judgment filed January 14, 2021 (Dkt. #106) as his opening submission.

- On or before **March 10, 2021**, Defendant shall file a combined motion and response to Plaintiff's motion.

- On or before **April 26, 2021**, Plaintiff shall file a combined reply in support of his motion and response to Defendant's motion.

- On or before **May 10, 2021**, Defendant shall file his reply in support of his motion.

At the time of submission, Defendant is further directed to provide to Plaintiff a copy of all authorities cited in his moving papers.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

2

SO ORDERED.

Dated:  February 8, 2021
         New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge