UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

-v.-

OFFICER GERMAN GERONIMO,

                Defendant.

19 Civ. 8253 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Plaintiff's letters dated February 17, 2021 (Dkt. #120), February 19, 2021 (Dkt. #119), February 20, 2021 (Dkt. #123), and February 23, 2021 (Dkt. #124).  By Order dated February 8, 2021, the Court set a briefing schedule for the parties' cross-motions for summary judgment, according to which schedule Plaintiff's response to Defendant's opening brief is due April 26, 2021.  Plaintiff is directed to refrain from filing further letters in the interim and to include all of his arguments and exhibits in that response.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

      SO ORDERED.

Dated:  March 3, 2021
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge