UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

-v.-

OFFICER GERMAN GERONIMO,

                Defendant.

19 Civ. 8253 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On November 16, 2021, it was reported that settlement discussions before Magistrate Judge Cave were unsuccessful in this case. (*See* Minute Entry for November 16, 2021). Accordingly, the parties are hereby ORDERED to appear for a telephonic conference to discuss possible trial dates on **December 1, 2021, at 11:00 a.m.** At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available prior to 11:00 a.m.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated:   November 17, 2021
          New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge