UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                                Plaintiff,

                -v.-                                            19 Civ. 8253 (KPF)

OFFICER GERMAN GERONIMO,                                        **ORDER**

                                Defendant.

KATHERINE POLK FAILLA, District Judge:

        Both parties in this matter have indicated that they consent to

conducting all future proceedings before Magistrate Judge Sarah Cave.  Before

the case may be transferred, the parties must complete a referral form titled

"Notice, Consent, and Reference of a Civil Action to a Magistrate Judge."

        The Court will mail a copy of the form to Plaintiff Boisey Caldwell, who is

proceeding *pro se*, for him to sign.  Once Mr. Caldwell has signed the form, he

is directed to mail it to Defendant's counsel at the following address:

        Jeffrey Frank
        New York City Law Department
        Special Federal Litigation Division
        100 Church Street, Suite 3-154
        New York, NY 10007

Mr. Frank is then directed to sign the form and file it on the docket.

        The Clerk of Court is directed to mail a copy of this Order and the

attached referral form to Plaintiff's address of record.

SO ORDERED.

Dated:  December 6, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Boisey Caldwell | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   18 Civ. 8253 (KPF) (SLC) |
| Officer German Geronimo | ) | |
| _Defendant_ | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

_Notice of a magistrate judge's availability._  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

_Consent to a magistrate judge's authority._  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| _Printed names of parties and attorneys_ | _Signatures of parties or attorneys_ | _Dates_ |
|---|---|---|
| | | |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:  _____

_____
_District Judge's signature_

_____
_Printed name and title_

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.