UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                    Plaintiff,

-v-                                          CIVIL ACTION NO.: 19 Civ. 8253 (SLC)

                                                      **ORDER**

OFFICER GERMAN GERONIMO,

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Status Conference held yesterday, **February 1, 2022**, the Court ordered as follows.

1) Subject to any claim of privilege, by **February 15, 2022**, Defendant Officer German Geronimo shall provide to Mr. Caldwell any discoverable documents in the ticket file and hospital report.

   a. Defendant's counsel represented that they have produced to Mr. Caldwell the video in their possession.

2) By **March 1, 2022**, Mr. Caldwell shall serve on counsel for Officer Geronimo a list of documents that he intends to introduce at trial.

3) By **March 25, 2022**, Officer Geronimo shall file any motions in limine.

4) Once the Court is advised of the trial date for this matter, the Court will set a deadline for the Joint Pretrial Order and the Final Pretrial Conference.

5) The parties shared with the Court the dates on which they, or their witnesses, are unavailable for trial in the second and third quarters of 2022, that is, from April

through September. The Court will submit a request to the Jury Administrator that this case be placed on the trial calendar to commence on a date in the second or third quarter of 2022, and will advise the parties in due course concerning the proposed trial date.

    a. Mr. Caldwell did not have any unavailable dates.

    b. Defendant's unavailable dates were: 4/1-22; 5/16-6/10; 6/19-27; 7/4-18; 8/21-9/5; and 9/19-23.

Mr. Caldwell is warned that failure to comply with Court orders may result in the dismissal of his claims pursuant to Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Caldwell at the address below.

Dated:    New York, New York
             February 2, 2022

                                            SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Boisey Caldwell
             25 Elliot Place
             Bronx, New York 10452