UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

-v-                                        CIVIL ACTION NO.: 19 Civ. 8253 (SLC)

                                                    **ORDER**

OFFICER GERMAN GERONIMO,

                Defendant.

**SARAH L. CAVE, United States Magistrate Judge:**

The Court has located prospective pro bono counsel ("Counsel") to represent Plaintiff pro se Boisey Caldwell. The Court has been informed that Counsel has attempted to contact Mr. Caldwell this week, without success as yet. Mr. Caldwell shall promptly contact Counsel:

**Morvillo Abramowitz Grand Iason & Anello PC**
Edward M. Spiro, Partner
Tel. 212.880.9460
espiro@maglaw.com

Defendant's letter-motion for an extension of the pretrial submission deadlines, and an adjournment of trial in this action (ECF No. 165) is GRANTED, and the Court ADJOURNS sine die (i) the deadlines for the submission of pretrial filings; and (ii) the May 3, 2022 trial in this action. The Court will re-set pre-trial submission deadlines, schedule a final pretrial conference, and reschedule trial, after Counsel establishes contact with and enters a notice of appearance on behalf of Mr. Caldwell.

The Clerk of Court is respectfully directed to close ECF No. 165 and to mail a copy of this Order to Plaintiff, at the address below.

Dated:        New York, New York
                March 18, 2022

2

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

| | |
|---|---|
| Mail To: | Boisey Caldwell<br>25 Elliot Place<br>Bronx, New York 10452 |
| cc: | Edward M. Spiro (via email to espiro@maglaw.com)<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, New York 10017 |

2