UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

-v-

            CIVIL ACTION NO.: 19 Civ. 8253 (SLC)

OFFICER GERMAN GERONIMO,

            **ORDER**

                Defendant.

**SARAH L. CAVE, United States Magistrate Judge:**

Pursuant to the pretrial conference held today, April 25, 2022, the Court orders as follows:

1. Although fact discovery closed on September 21, 2020 (ECF No. 46) and was extended on three occasions for limited purposes (ECF Nos. 75, 103, 105), the Court GRANTS Plaintiff's request, on Defendant's consent, to a limited reopening of fact discovery to permit (i) Plaintiff to depose Officer German Geronimo, and (ii) Defendant to search for and produce the seek Officer Matos' notebook and body camera footage.

    a. By **Monday, May 30, 2022**, the parties shall submit a joint-letter indicating the completion of these two items of additional fact discovery.

2. The parties shared with the Court their preferred dates for trial in the third quarter of 2022, that is, from July through September. The Court will submit a request to the Jury Administrator that this case be placed on the trial calendar, and will advise the parties in due course concerning the proposed trial date, following which the Court will set the date for the Final Pre-Trial Conference and deadlines for other pre-trial submissions.

Dated: New York, New York
April 25, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**