> The parties' letter-motion seeking an extension of time to file the Joint Pretrial Order (ECF No. 182) is GRANTED, and the parties shall file the Joint Pretrial Order by **Tuesday, July 12, 2022**. All other terms of the Court's Pre-Trial Order dated June 7, 2022 (ECF No. 181) remain in full effect.
>
> The Clerk of Court is respectfully directed to close ECF No. 182.
>
> SO ORDERED 07/08/2022
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

July 8, 2022

**VIA ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Boisey Caldwell v. Police Officer German Geronimo*,
             19 Civ. 8253 (KPF) (SLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant PO German Geronimo in the above-referenced matter. With plaintiff's consent, I write to respectfully request a brief extension of the parties' time to file the joint pretrial order ("JPTO"), joint proposed request to charge, and joint proposed voir dire questions, from July 8, 2022, until July 12, 2022. The parties do not anticipate this brief extension will impact any other deadlines set by the Court's pre-trial order. (Docket Entry No. 181)

      By way of background, on July 1, 2022, the parties completed defendant's deposition. On July 6, 2022, the parties briefly met and conferred via telephone to discuss the JPTO, request to charge, and voir dire. As of that time, however, the parties had not exchanged proposed drafts of those pretrial submissions. On July 6, 2022, after the meet and confer, plaintiff provided defendant with a draft of his portion of the joint pretrial order. On July 7, 2022, plaintiff provided defendant with a draft of his proposed voir dire questions. And on the date of this writing, plaintiff provided defendant with a draft of his proposed request to charge.

      Due to the absence of supervising attorneys[1] responsible for reviewing defendant's pretrial submissions, defendant requires the requested time to review plaintiff's proposed pretrial submissions and offer revisions and objections thereto. Thus, the requested extension will allow

---

[1] The undersigned's supervisor is currently supervising a trial in the Eastern District of New York before the Hon. Brian Cogan, and the remaining trial supervisors are on pre-planned leave.

the parties additional time to reach an agreement on the JPTO as well as the proposed language of the request to charge and voir dire questions.

For these reasons, defendant respectfully requests that the Court extend the parties' time to file the JPTO, the joint proposed request to charge, and the joint proposed voir dire questions until July 12, 2022.

Defendant thanks the Court for its consideration herein.

Respectfully submitted,

Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Nicole L. Buseman
Russell J. Feldman
Edward M. Spiro
Morvillo Abramowitz Grand Iason & Anello, PC
*Attorneys for Plaintiff*
565 Fifth Avenue
New York, New York 10017