> The parties' letter-motion seeking an extension of time to file the Joint Pretrial Order (ECF No. 184) is GRANTED, and the parties shall file the Joint Pretrial Order by **Wednesday, July 13, 2022**. All other terms of the Court's Pre-Trial Order dated June 7, 2022 (ECF No. 181) remain in full effect.
>
> The Clerk of Court is respectfully directed to close ECF No. 184.
>
> SO ORDERED 07/13/2022
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

July 12, 2022

**VIA ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Boisey Caldwell v. Police Officer German Geronimo*,
             19-CV-8253 (KPF) (SLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant PO German Geronimo in the above-referenced matter. With plaintiff's consent, defendant writes to respectfully request a second brief extension of the parties' time to file the joint pretrial order ("JPTO"), joint proposed request to charge, and joint proposed voir dire questions, from July 12, 2022, until July 13, 2022. This is defendant's second request for an extension of this deadline. The Court granted defendant's prior request. (Docket Entry No. 183) The parties do not anticipate this brief extension will impact any other deadlines set by the Court's pre-trial order. (Docket Entry No. 181)

      By way of background, on July 6, 2022, after a brief meet and confer by telephone, plaintiff provided defendant with a draft of his portion of the JPTO. On July 7, 2022, plaintiff provided defendant with a draft of his proposed voir dire questions. On July 8, 2022, plaintiff provided defendant with a draft of his proposed request to charge.

      On July 11, 2022, defendant provided plaintiff with a draft of his portion of the JPTO. On the date of this writing, the parties discussed the JPTO during a brief meet and confer. Thereafter, defendant provided plaintiff with edits to both the proposed voir dire questions and the proposed request to charge, and plaintiff provided a second draft of the JPTO to defendant..

      Plaintiff's counsel has requested additional time to review defendant's edits to the pretrial submissions, which they received from defendant in the afternoon today. The requested extension will allow both parties time to meaningfully review documents exchanged today and finalize them for submission to the Court. The requested extension will also allow the parties time to finish compiling pre-marked copies of their exhibits for submission to the Court with the JPTO.

       For these reasons, defendant respectfully requests that the Court extend the parties' time to file the JPTO, joint proposed request to charge, and the joint proposed voir dire questions until July 13, 2022.

       Defendant thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Jeffrey Frank*

Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
    Nicole L. Buseman
    Russell J. Feldman
    Edward M. Spiro
    Morvillo Abramowitz Grand Iason & Anello, PC
    *Attorneys for Plaintiff*
    565 Fifth Avenue
    New York, New York 10017