UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                        Plaintiff,

  -v-                                              CIVIL ACTION NO. 19 Civ. 8253 (SLC)

GERMAN GERONIMO,                          **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      This case has been closed for over one year. On October 13, 2023, pro se Plaintiff filed a document in this matter (ECF No. 218 (the "Submission")), which is styled as a petition for rehearing or reconsideration of the October 2, 2023 decision of the United States Court of Appeals for the Second Circuit affirming the August 11, 2022 judgment of this Court. Id.; see ECF No. 208, affirmed by, Caldwell v. Geronimo, No. 22-1866, 2023 WL 6381292 (2d Cir. 2023) (summary order).

      The Clerk of Court is respectfully directed to transfer the Submission to the Second Circuit. This case remains closed.

Dated:     New York, New York                SO ORDERED.
            October 19, 2023

                                                             _____
                                                              **SARAH L. CAVE**
                                                              **United States Magistrate Judge**