UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

Plaintiff,

-v-

OFFICER GERMAN GERONIMO,

Defendant.

CIVIL ACTION NO.: 19 Civ. 8253 (SLC)

**ORDER**

**SARAH L. CAVE, United States Magistrate Judge:**

Pro se Plaintiff Boisey Caldwell ("Mr. Caldwell") filed a letter in this action (Dkt. No. 229 (the "Letter")), and in two other actions, Caldwell v. Spiro, et al., No. 25 Civ. 7475 (LTS) (the "7475 Action") and Caldwell v. Smith-Williams, 25 Civ. 7706 (ER) (the "7706 Action"). In the Letter, Mr. Caldwell seeks return of a $405.00 filing fee. (Dkt. No. 229 at 1). This action was closed in August 2022 following a jury trial. (Dkt. Nos. 207; 208; 220; minute entry dated Aug. 11, 2022). Based on the Court's review of the Letter and the dockets in the 7475 Action and the 7706 Action, Mr. Caldwell appears to be seeking the return of the filing fee not in this action but in the 7475 Action. (See 7475 Action, Dkt. Nos. 22-24; minute entries dated July 14, 2026, July 31, 2026).

Accordingly, Mr. Caldwell not having sought any relief with respect to this action, the Court will not grant any relief in response to the Letter.

The Clerk of Court is directed to mail this order to Mr. Caldwell at the following address:

Boisey Caldwell
25 Elliot Place
Apt. E7
Bronx, NY 10457

Dated: New York, New York
August 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**